IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| COASTAL CRATING COMPANY, LTD. | § | Case No. 10-_____ |
| | § | (Chapter 11) |
| Debtor | § | |

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Emil Moscariello, declare under penalty of perjury that I am a managing member for Coastal Crating Management, LLC, a Texas Limited Liabilities Company and General Partner of Coastal Crating Company, Ltd. ("CCCL") with its principal place of business in Houston, Texas and that on August 31, 2010, the following resolution was duly adopted by the other members and me, as a managing member of Coastal Crating Management, LLC, General Partner of Coastal Crating Company, Ltd.

WHEREAS, Emil Moscariello is a managing member of Coastal Crating Management, LLC, General Partner of Coastal Crating Company, Ltd. with full authority to act on behalf of CCCL.

WHEREAS, Emil Moscariello has determined that a business emergency exists and that unless immediate action is taken to protect the assets and business of CCCL including, but not limited to, preventing the secured creditor or other creditors of CCCL from acting in a manner which will cause a permanent loss of value and impair the ability of CCCL to conduct its business and pay its debts,

WHEREAS, Emil Moscariello, as a managing member of Coastal Crating Management, LLC, General Partner of Coastal Crating Company, Ltd., is authorized under the Operating Agreement of Coastal Crating Management, LLC, and Partnership Agreement of CCCL, to engage counsel on behalf of CCCL and to direct such counsel to file for protection on behalf of CCCL under the provisions of Chapter 11 of Title 11 of the United States Code and to provide such additional professional services as may be necessary or appropriate for the protection of the assets and business of CCCL, and

WHEREAS, Emil Moscariello deems it advisable to exercise the authority granted to him as a managing member of Coastal Crating Management, LLC, General Partner of CCCL and as set forth in the foregoing recital,

NOW, THEREFORE, Emil Moscariello, acting in his capacity as a managing member of Coastal Crating Management, LLC, a Texas Limited Liability Company and General Partner of CCCL, hereby adopts the following resolutions:

RESOLVED, that Emil Moscariello is authorized and directed to appear in all bankruptcy proceedings on behalf of CCCL, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary or appropriate documents on behalf of CCCL in such bankruptcy case,

RESOLVED, that Emil Moscariello be, and he hereby is, authorized and directed, on behalf of CCCL, to engage Matthew Hoffman and the Law Offices of Matthew Hoffman, p.c., an attorney licensed to practice before the United States Bankruptcy Court for the Southern District of Texas, to file on behalf of CCCL a Voluntary Petition in the United States Bankruptcy Court for the Southern District of Texas for protection under the provisions of Chapter 11 of Title 11 of the United States Bankruptcy Code and to provide such additional professional services as may be necessary or appropriate for the protection of the assets and business of CCCL,

RESOLVED that Emil Moscariello be, and he hereby is, further authorized and directed, on behalf of CCCL, to engage such other special counsel, accountants, advisors and other professionals whose professional services may, in his judgment, be necessary or appropriate for the protection of the assets and business of CCCL,

RESOLVED, that any engagements made by Emil Moscariello pursuant to the foregoing resolutions shall be upon such terms and conditions which he may think are reasonable under the circumstances, and

RESOLVED, FINALLY, that Emil Moscariello, be, and he hereby is, authorized and directed to perform any and all acts and to execute on behalf of CCCL, any and all documents which are in his judgment necessary or appropriate to effectuate the foregoing resolutions.

Executed on: 8/31/2010        Signed: _____
                                      Emil Moscariello, Managing Member
                                      Coastal Crating Management, LLC,
                                      General Partner for
                                      Coastal Crating Company, Ltd.