B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## Southern District Of Texas

In re Coastal Crating Company, Ltd.,
    Debtor

Case No. 10-_____

Chapter 11

### LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, state value of disputed or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Dick Tate Management<br>1201 McDuffie #191<br>Houston, TX 77019 | Dick Tate<br>281-932-1759<br>1201 McDuffie #191<br>Houston, TX 77019 | Trade Debt | Unliquidated | $1,043,031.17 |
| Frank Moscariello<br>P.O. Box 40447<br>Houston, TX 77240 | Frank Moscariello<br>713-248-0301<br>P.O. Box 40447<br>Houston, TX 77240 | Trade Debt | Unliquidated | $400,000.00 |
| Equipment Management Services<br>11000 Beaumont Highway<br>Houston, TX 77078 | J. Michael McClanahan<br>713-675-4442<br>11000 Beaumont Highway<br>Houston, TX 77078 | Trade Debt | Unliquidated | $393,950.00 |
| Wells Fargo Bus Payment<br>P.O. Box 54349<br>Los Angeles, CA 90054 | Wells Fargo Bus Payment<br>800-225-5935<br>P.O. Box 54349<br>Los Angeles, CA 90054 | Trade Debt | Unliquidated | $85,327.08 |
| Allied Affiliated Funding<br>5151 Beltline Road,<br>Suite 500<br>Dallas, TX 75254 | Cathy Rhome<br>972-448-3502<br>5151 Beltline Road,<br>Suite 500<br>Dallas, TX 75254 | Trade Debt | Secured | $77,550.00<br><br>Value of Security:<br>$392,649.56 |
| L & L BUILDERS<br>P.O. Box 3478<br>Conroe, TX 77305 | Kay<br>936-539-9461<br>P.O. Box 3478<br>Conroe, TX 77305 | Trade Debt | Unliquidated | $72,452.30 |
| Bronco Construction<br>P.O. Box 87410<br>Baton Rouge, LA 70879 | Wendell Dorman<br>225-665-4830<br>P.O. Box 87410<br>Baton Rouge, LA 70879 | Trade Debt | Unliquidated | $57,832.88 |
| Frost National Bank<br>P.O. Box 1600<br>San Antonio, TX 78296 | Michelle Huth<br>713-388-7745<br>P.O. Box 1600<br>San Antonio, TX 78296 | Trade Debt | Unliquidated | $49,141.25 |

| | | | | |
|---|---|---|---|---|
| Toyota Motor Credit Corp.<br>P.O. Box 2431<br>Carol Stream, IL 60132 | Rich Pignotti<br>469-387-0156<br>P.O. Box 2431<br>Carol Stream, IL 60132 | Trade Debt | Unliquidated | $46,615.79 |
| Ileugro (USA) Inc.<br>16601 Central Green Blvd,<br>Suite 200<br>Houston, TX 77032 | Jens Klie<br>281-443-1938<br>16601 Central Green Blvd,<br>Suite 200<br>Houston, TX 77032 | Trade Debt | Unliquidated | $38,231.01 |
| BANK OF AMERICA<br>P.O. Box 15710<br>Wilmington, DE 19886 | BANK OF AMERICA<br>800-673-1044<br>P.O. Box 15710<br>Wilmington, DE 19886 | Trade Debt | Unliquidated | $27,388.77 |
| Chase<br>P.O. Box 15298<br>Wilmington, DE 19850 | Chase<br>800-875-5220<br>P.O. Box 15298<br>Wilmington, DE 19850 | Trade Debt | Unliquidated | $21,760.44 |
| AT&T Universal Card<br>P.O. Box 183037<br>Columbus, OH 43218 | AT&T Universal Card<br>800-423-4343<br>P.O. Box 183037<br>Columbus, OH 43218 | Trade Debt | Unliquidated | $21,706.68 |
| Deer Park Lumber Co.<br>P.O. Box 430<br>Deer Park, TX 77536 | James Keller<br>281-479-2326<br>P.O. Box 430<br>Deer Park, TX 77536 | Trade Debt | Unliquidated | $17,107.15 |
| Briggs Equipment<br>Lock Box 841272<br>Dallas, TX 75284 | Brian Anderson<br>713-672-1100<br>Lock Box 841272<br>Dallas, TX 75284 | Trade Debt | Unliquidated | $16,367.04 |
| Lincoln Lumber Co.<br>P.O. Box 1868<br>Conroe, TX 77305 | Ronnie<br>936-539-4421<br>P.O. Box 1868<br>Conroe, TX 77305 | Trade Debt | Unliquidated | $15,177.50 |
| Universal Forest Products<br>P.O. Box 201768<br>Dallas, TX 75320 | Dustin Dobraski<br>936-295-3411<br>P.O. Box 201768<br>Dallas, TX 75320 | Trade Debt | Unliquidated | $14,244.23 |
| The Law Office of<br>David M. Smith<br>2777 Allen Parkway,<br>Suite 1000<br>Houston, TX 77019 | David M. Smith<br>713-622-6866<br>2777 Allen Parkway,<br>Suite 1000<br>Houston, TX 77019 | Trade Debt | Unliquidated | $12,912.57 |
| Alpine Lumber Sales<br>P.O. Box 1285<br>Willis, TX 77378 | Alpine Lumber Sales<br>(281) 444-8383<br>P.O. Box 1285<br>Willis, TX 77378 | Trade Debt | Unliquidated | $12,291.24 |
| Lodge Lumber Co., Inc.<br>P.O. Box 1141<br>Houston, TX 77251 | Lodge Lumber Co., Inc.<br>(713) 672-6679<br>P.O. Box 1141<br>Houston, TX 77251 | Trade Debt | Unliquidated | $12,259.61 |

Date: August 31, 2010

_/s/Emil Moscariello_

Emil Moscariello, Managing Member
Coastal Crating Management, LLC,
General Partner for
Coastal Crating Company, Ltd.Debtor

*[Declaration as in Form 2]*